```
THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
E-MAIL t_stew_3@yahoo.com


Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
A Professional Corporation
2121 N. California Blvd., Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorneys for Plaintiff ALBERT DYTCH
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No. 4:14-cv-05156-KAW |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| SEN V HUYNH and LIEU T. TRAN, | |
| Defendants. | |

The parties hereby stipulate as follows:

1. The parties have reached a full and final settlement of all issues in this action and have executed a settlement agreement. Some parts of the agreement are to be performed in the future.

2. Although the parties are hereby dismissing this action with prejudice, they agree that this Court shall retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

3. The parties request that this Court retain jurisdiction for 30 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of

*Kokkonen v. Guardian Life Insurance Co. Of America*, 511 U.S. 375, 381-82 (1994) and General Order No. 56 at ¶ 7 (N.D. Cal.) (July 17, 2003) ("Should any settlement be conditioned upon future conduct such as remediation, the assigned judge will retain jurisdiction to enforce that component of the settlement.").

4. IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and that the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 30 months after the date hereof.

Dated: March 21, 2015

Respectfully submitted,

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

By: /s/ Jason G. Gong
Jason G. Gong
Attorney for Plaintiff Albert Dytch

DATED: 3/24/15

_____
Defendant Sen V. Huynh

DATED: 3/24/15

_____
Defendant Lieu T. Tran

[PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby dismisses the above-referenced action with prejudice and retains jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: 4/7/15, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge